Benjamin *v.* Wheeler.

NATHAN BENJAMIN *vs.* THOMPSON C. WHEELER.

If a case has been erroneously removed into this court from the court of common pleas by
agreement of parties, and afterwards remitted to that court, the prevailing party may
tax costs for those terms while the case was pending on the docket of this court.

THIS case, which was commenced in the court of common
pleas, was removed into the supreme judicial court by agreement
of parties, where it remained upon the docket for one year, when
it was remitted to the court of common pleas. At the trial,
which was afterwards had in the superior court, the defendant
obtained a verdict, and the clerk allowed him to tax costs for
those terms while the case was pending on the docket in the
supreme judicial court. This taxation was affirmed by *Putnam*,
J., and the plaintiff appealed.

*I. Sumner*, for the plaintiff.

*J. D. Colt*, for the defendant.

BIGELOW, C. J. We think that the costs, which were incurred
while the case was pending on the docket of this court, were
rightly allowed. They come within the principle, by which costs
are allowed to parties in cases of which the court has no juris-
diction. *Cary* v. *Daniels*, 5 Met. 236. *Jordan* v. *Dennis*, 7 Met.
591. It was necessary for the defendant to appear and attend
to the case, while it was pending here. The fact that it was
removed to and entered in this court by a mutual mistake of
the parties does not affect the right of the prevailing party to
recover his full costs. Such mistake did not prevent the defend-
ant from incurring costs in this court, nor did it relieve the plain-
tiff from paying them in the event that he did not maintain his
suit.                                          *Taxation affirmed.*